[No. 11884-3-III. Division Three. August 17, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LANCE A. BRADLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 91-1-00105-2, Fred R. Staples, J., entered September 13, 1991. *Affirmed* by unpublished opinion per Schultheis, J. Pro Tem., concurred in by Thompson, C.J., and McInturff, J. Pro Tem.

[No. 14549-9-II. Division Two. August 18, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. JORGE MATO-SATO, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 90-1-00380-6, Don L. McCulloch, J., entered December 13, 1990. *Reversed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, J., Alexander, C.J., dissenting.

[No. 14538-3-II. Division Two. August 18, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. JASON SCOTT FERGUSON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-03088-3, D. Gary Steiner, J., entered December 5, 1990. *Reversed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, A.C.J., and Petrich, J. Pro Tem.